BEFORE THE SECOND DIVISION, AUGUST 27, 1941

**No. 46281.**—Petition 6193–R of Samuel S. Allen, as Trustee in Bankruptcy of C. Cicchetti Co., Inc. (New York).

Opinion by Kincheloe, J.   Three witnesses testified on behalf of the petitioner. one of whom was the president of the importing firm which is now in bankruptcy. From the record the court was satisfied that the entry of the merchandise at a less value than that found by the appraiser was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts.   The petition was therefore granted.